FILED

SEP 10 2020

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. **20 CR 619** |
| v. | |
| JOHNNY KIMBLE | Violation: Title 18, United States Code, Section 922(g)(1) |

JUDGE NORGLE

MAGISTRATE JUDGE CUMMINGS

The SPECIAL MAY 2019 GRAND JURY charges:

On or about August 16, 2020, at Chicago, in the Northern District of Illinois, Eastern Division,

JOHNNY KIMBLE,

defendant herein, knowing that he had previously been convicted of a crime punishable by a term of imprisonment exceeding one year, did knowingly possess, in and affecting interstate commerce, a firearm, namely, a loaded Rohm RG-23, .22LR caliber revolver, bearing serial number T647913, which firearm had traveled in interstate commerce prior to defendant's possession of the firearm;

In violation of Title 18, United States Code, Section 922(g)(1).

## FORFEITURE ALLEGATION

The SPECIAL MAY 2019 GRAND JURY alleges:

1. Upon conviction of an offense in violation of Title 18, United States Code, Section 922(g), as set forth in this Indictment, defendant shall forfeit to the United States of America any firearms and ammunition involved in and used in the offense, as provided in Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c).

2. The property to be forfeited includes, but is not limited to, a Rohm RG-23, .22LR caliber revolver, bearing serial number T647913, and associated ammunition.

A TRUE BILL:

_____
FOREPERSON

_____
Signed by Timothy Storino on behalf of the
UNITED STATES ATTORNEY