UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 20CR619 |
| v. | |
| JOHNNY KIMBLE | District Judge Charles R. Norgle |

## ORDER

On petition of the UNITED STATES OF AMERICA and it appearing to the Court that:

> Name: JOHNNY KIMBLE
> Date of Birth: \*\*/\*\*/1991
> Sex: Male
> Race: Black
> Jail/Prisoner #: 20191226118

now is incarcerated in the following institution:

> Cook County Jail
> 2700 S. California Ave.
> Chicago, Illinois

and that said defendant has been charged in the above-captioned case with possession of a firearm by a felon, a violation of Title 18, United States Code, Section 922(g)(1), and that said defendant should be produced at **9:30 a.m. on January 8, 2021**, at the U.S. Marshals Service Lock-Up, 24th floor, Dirksen Federal Courthouse, 219 S. Dearborn Street, Illinois, 60604, to appear at 11:30 a.m. for an arraignment before the duty magistrate judge, in the courtroom usually occupied by said judge.

IT IS THEREFORE ORDERED that the following person:

THOMAS DART
Sheriff
Cook County Jail
2700 S. California Ave.
Chicago, Illinois

bring or cause to be brought before this Court, at said time on said date, before District Judge Charles R. Norgle, in the United States Courthouse in Chicago, Illinois, the body of the said defendant; and that a *Writ of Habeas Corpus Ad Prosequendum* directed to said persons, so commanding them, be issued by the Clerk of this Court.

ENTER:

*/s/ Charles R. Norgle*

CHARLES R. NORGLE
District Judge

DATED at Chicago, Illinois
this __16__ day of __DEC__, 20__20__